UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| HAILSOLVE, INC., | |
| Plaintiff, | Case No. 2:20-cv-00037 |
| v. | Chief Judge Waverly D. Crenshaw, Jr. |
| | Magistrate Judge Alistair E. Newbern |
| AUTO-OWNERS (MUTUAL) INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

Mediator Darryl D. Gresham filed a report stating that the parties have resolved this matter. (Doc. No. 47.) The parties are ORDERED to make the necessary filings to terminate the action by January 30, 2023.

The case management conference set on February 3, 2023 (Doc. No. 23), is CANCELLED.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge