# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HAILSOLVE, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 2:20-CV-00037 |
| | ) JURY DEMAND |
| AUTO-OWNERS (MUTUAL) | ) Judge Waverly D. Crenshaw, Jr. |
| INSURANCE COMPANY, | ) Magistrate Judge Alistair Newbern |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate that the Plaintiff's action against Defendant is voluntarily DISMISSED WITH PREJUDICE.

Supporting the Joint Stipulation of Dismissal, as evidenced by the signatures of counsel below, the parties have reached agreement with respect to all matters in controversy between them and the parties hereby stipulate agreement to the Dismissal of this Action. Each party shall bear its own attorneys' fees, court costs, and discretionary costs. A proposed Agreed Order of Dismissal has been filed contemporaneously herewith.

Respectfully submitted,

s/Matthew B. Rogers
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**E. JASON FERRELL**
Registration No. 24425

DIRECT: (615) 630-7716
(615) 256-8787, Ext. 116
jferrell@bkblaw.com
**MATTHEW B. ROGERS**
Registration No. 38777
DIRECT: (615) 630-7725
(615) 256-8787, Ext. 121
mrogers@bkblaw.com
Attorneys for Defendant, Auto-Owners (Mutual)
Insurance Company

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228


s/Jonathan L. Bobbitt (w/permission by MBR)
**J. BRANDON McWHERTER**
Registration No. 21600
brandon@msb.law
**JONATHAN L. BOBBITT**
Registration No. 23515
jonathan@msb.law
**NANCY R. STEER**
Registration No. 33562
nan@msb.law
PHONE: (615) 354-1144

**McWHERTER, SCOTT & BOBBITT, PLC**
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067

**CLINTON H. SCOTT**
Registration No. 23008
clint@msb.law
PHONE: (731) 664-1340

**McWHERTER, SCOTT & BOBBITT, PLC**
54 Exeter Rd., Suite D
Jackson, TN 38305
Attorneys for Plaintiff, HailSolve, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2022, a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

J. Brandon McWherter, Esquire
Jonathan L. Bobbitt, Esquire
Nancy R. Steer, Esquire
McWherter Scott & Bobbitt, PLC
341 Cool Springs Boulevard, Suite 230
Franklin, TN  37067
brandon@msb.law
jonathan@msb.law
nan@msb.law

Clinton H. Scott, Esquire
McWherter Scott & Bobbitt, PLC
54 Exeter Road, Suite D
Jackson, TN  38305
clint@msb.law

                                         s/Matthew B. Rogers
                                         **MATTHEW B. ROGERS**

PTC:
EJF:
MBR:mbr